**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (If known): _____  Chapter  7

☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☑ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's full name**

Stuart
First name

_____
Middle name

Pivar
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☑ Unknown

xxx – xx – ____ ____ ____ ____    OR    9 xx – xx – ____ ____ ____ ____

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Official Form 105                              Involuntary Petition Against an Individual                                         page **1**

Debtor    In re Stuart Pivar          Case number *(if known)* _____

| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|
| | 15 West 67th Street<br>Number    Street | Number    Street |
| | New York    NY    10023<br>City    State    ZIP Code | City    State    ZIP Code |
| | New York County<br>County | |
| | **Principal place of business** | |
| | Number    Street | |
| | City    State    ZIP Code | |
| | County | |

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                 MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                                 MM / DD / YYYY

Debtor    In re Stuart Pivar _____    Case number *(if known)*_____

## Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Philip Mezzatesta | Breach of contract. | $ 650,000.00 |
| Michael Mezzatesta | Breach of contract. | $ 100,000.00 |
| Anne Frances Moore | Breach of contract. | $ 15,200.00 |
| | Total | $ 765,200.00 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor   **In re Stuart Pivar**                             Case number *(if known)*_____

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

x _[signature]_
Signature of petitioner or representative, including representative's title

**Philip Mezzatesta**
Printed name of petitioner

Date signed  06/13/2023
              MM / DD / YYYY

**Mailing address of petitioner**

17 Woodbridge Lane
Number  Street

Quogue                    NY      11978
City                      State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

Name  _____

Number Street  _____

City       State    ZIP Code

**Attorneys**

x _[signature]_
Signature of attorney

**Ralph E. Preite**
Printed name

**Koutsoudakis & Iakovou Law Group, PLLC**
Firm name, if any

40 Wall Street, 49th Floor
Number  Street

New York                  NY      10005
City                      State   ZIP Code

Date signed  06/15/2023
              MM / DD / YYYY

Contact phone 212-404-8644    Email ralph@kilegal.com

Official Form 105              Involuntary Petition Against an Individual              page **4**

Debtor   In re Stuart Pivar_____         Case number _____

**X** *Michael Mezzatesta* (signature)                **X** *Ralph Preite* (signature)
Signature of petitioner or representative, including representative's title     Signature of Attorney

Michael Mezzatesta                                    Ralph E. Preite
Printed name of petitioner                            Printed name

Date signed  06/13/2023                               Koutsoudakis & Iakovou Law Group, PLLC
             MM / DD / YYYY                           Firm name, if any

                                                      40 Wall Street, 49th Floor
                                                      Number   Street

Mailing address of petitioner                         New York                NY    10005
Colle Rucciolo Il Monte 20                            City                    State  ZIP Code
Number  Street

Labro, Rieti              Italy    02010              Date signed  06/15/2023
City                      State    ZIP Code                        MM / DD / YYYY

                                                      Contact phone 212-404-8644   Email ralph@kilegal.com

Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____ State __ ZIP Code _____

---

**X** _____                       **X** _____
Signature of petitioner or representative, including representative's title     Signature of Attorney

Anne Frances Moore                                    Ralph E. Preite
Printed name of petitioner                            Printed name

Date signed _____                              Koutsoudakis & Iakovou Law Group, PLLC
            MM / DD / YYYY                            Firm name, if any

                                                      40 Wall Street, 49th Floor
                                                      Number  Street

Mailing address of petitioner                         New York                NY    10005
17 Woodbridge Lane                                    City                    State  ZIP Code
Number  Street

Quogue                    NY       11978              Date signed _____
City                      State    ZIP Code                       MM / DD / YYYY

                                                      Contact phone 212-404-8644   Email ralph@kilegal.com

Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____ State __ ZIP Code _____

Official Form 105        Involuntary Petition Against an Individual        page 5

Debtor: In re Stuart Pivar

Case number (if known): _____

✗ _____
Signature of petitioner or representative, including representative's title

Michael Mezzatesta
Printed name of petitioner

Date signed: MM / DD /YYYY

Mailing address of petitioner

Number  Street

Labro          Italy    02010
City           State    ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number  Street

City    State  ZIP Code

✗ *Anne Frances Moore* (signature)
Signature of petitioner or representative, including representative's title

Anne Frances Moore
Printed name of petitioner

Date signed: 06/15/2023
MM / DD /YYYY

Mailing address of petitioner

17 Woodbridge Lane
Number  Street

Westhampton Beach   NY    11978
City                State ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number  Street

City    State  ZIP Code

✗ _____
Signature of Attorney

Ralph E. Preite
Printed name

Koutsoudakis & Iakovou Law Group, PLLC
Firm name, if any

40 Wall Street, 49th Floor
Number  Street

New York           NY    10005
City                State  ZIP Code

Date signed: MM / DD /YYYY

Contact phone 212-404-8644   Email ralph@kilegal.com

✗ *Ralph Preite* (signature)
Signature of Attorney

Ralph E. Preite
Printed name

Koutsoudakis & Iakovou Law Group, PLLC
Firm name, if any

40 Wall Street, 49th Floor
Number  Street

New York           NY    10005
City                State  ZIP Code

Date signed: 06/15/2023
MM / DD /YYYY

Contact phone 212-404-8644   Email ralph@kilegal.com

Official Form 105                Involuntary Petition Against an Individual                page 5